IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GINA REGINA MOORE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:24-cv-02377-SHL-cgc |
| HENDRIX HOMES LLC d/b/a VOLUNTEER BUYERS, a Delaware registered company, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT**

Before the Court is Defendant Volunteer Buyers, GP's[1] ("Volunteer Buyers") Unopposed Motion to Extend Time to Answer or Respond to Complaint, filed June 27, 2024. (ECF No. 9.) In the Motion, Volunteer Buyers explains that it took two weeks to determine the appropriate counsel in this action after having been served with the complaint on June 13, 2024. Under the Federal Rules, Volunteer Buyers' deadline to answer or otherwise respond to the complaint is July 5, 2024. See Fed. R. Civ. P. 12(a)(1)(A)(i).[2] Volunteer Buyers asserts that its late retention, along with "[t]he nature of the class claims as well as the unique nature of the TCPA claims make answering or responding much more complex and difficult." (ECF No. 9-1 at PageID 30.)

---

[1] Defendant explains in the Motion that it was incorrectly named in the complaint as "Hendrix Homes LLC d/b/a Volunteer Buyers."

[2] Volunteer Buyers was served with the complaint on June 13, 2024. Rule 12(a)(1)(A)(i) provides that an answer or other responsive pleading is due "within 21 days after being served with the summons and complaint." Based on the date of service, Volunteer Buyers' response deadline falls on July 4, 2024, a legal holiday under the Federal Rules. See Fed. R. Civ. P. 6(a)(6)(A). Therefore, the deadline extends to July 5, the next day that is not a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(2)(C).

Given this matter's complex nature, the fact that counsel appears to have been retained within the last couple days, the unopposed nature of the request, along with the upcoming holiday, the Court finds that there is good cause to grant Volunteer Buyers' request.  Therefore, the Motion is **GRANTED**.  Volunteer Buyers shall have until July 26, 2024, in which to answer or otherwise respond to the complaint.

**IT IS SO ORDERED,** this 28th day of June, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
