# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GINA REGINA MOORE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HENDRIX HOMES LLC d/b/a VOLUNTEER BUYERS, a Delaware registered company, <br><br> Defendants. | Case No. 2:24-cv-02377-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Gina Regina Moore's Complaint (ECF No. 1), filed June 5, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal, filed September 4, 2024 (ECF No. 14), the case is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 5, 2024
Date